# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 2099 | **DATE** | 10/1/2001 |
| **CASE TITLE** | Gerald Morris vs. Albertson, Inc. et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Jewel's motion to strike is granted in its entirety. (22-2) Third Amended Complaint ¶¶ 13 through 19, 22 through 24 and 26 are stricken.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | 10-3-01 | JG |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | 10/1/2001 | |
| | Copy to judge/magistrate judge. | date mailed notice | |
| SN | courtroom deputy's initials | FILED FOR DOCKETING 01 OCT -2 AM10: 29 | SN mailing deputy initials |
| | | Date/time received in central Clerk's Office | |

GERALD MORRIS, etc.,                )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )       No.   01 C 2099
                                    )
ALBERTSON, INC., et al.,            )
                                    )
                    Defendants.     )

## MEMORANDUM OPINION AND ORDER

In accordance with this Court's request, counsel for

plaintiff Gerald Morris ("Morris") has submitted a list of

Seventh Circuit decisions that in his view call for denial of the

motion by defendant Jewel Food Stores, Inc. ("Jewel") to strike a

host of the allegations in Morris' Third Amended Complaint

("TAC")--TAC ¶¶13 through 19, 22 through 24 and 26--as being

impermissibly beyond the scope of Morris' agency-filed Charge of

Discrimination.  This Court has reviewed that Charge and the TAC

in light of the cited authorities, and it finds that Jewel's

motion to strike is sound in its entirety.

Accordingly all of the above-referred-to paragraphs of the

TAC are indeed stricken.  This should not however be

misunderstood as necessarily barring the admissibility at trial

(or for summary judgment purposes) of evidence as to any of those

matters that may qualify for such admissibility under Fed. R.

Evid. 404(b)--for example, as bearing upon the issue of Jewel's

assertedly race-discriminatory intent in dealing with Morris on

his still-viable claim.

_(signature)_

Milton I. Shadur
Senior United States District Judge

Date:   October 1, 2001